UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | *  CASE NO.: CR 218-4 |
| v. | * |
| | * |
| JOYCE A. IVERSON, | * |
|     Defendant | * |

## MOTION TO CONTINUE SENTENCING

COMES NOW, the defendant, JOYCE A. IVERSON, and through her counsel files this her Motion to Continue Sentencing and show this Honorable Court the following:

1.

The defendant pled guilty to Count 8 of the indictment, Making False Statements During Purchase of a Firearm, on April 26, 2018.

2.

The defendant is scheduled to be sentenced on September 28, 2018 before this Honorable Court.

3.

The defendant through her counsel needs additional time to resolve for sentencing issues and defendant Iverson's testimony is needed to complete her cooperation obligations in co-defendant's sentencing scheduled at the end of October.

4.

The government does not oppose this motion.

5.

This motion is filed in the interest of justice and necessary for a fair adjudication of the case.

WHEREFORE, defense counsel respectfully requests this sentencing matter be continued until further order of this Court.

Respectfully submitted this 27th day of September, 2018.

/s Ronald E. Harrison II
Ronald E. Harrison II
Attorney for Defendant
Ga. Bar No. 333270

The Harrison Firm
1621 Reynolds Street
Brunswick, Georgia  31520
(912) 264-3035

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | *  CASE NO.: CR 218-4 |
| v. | * |
| | * |
| JOYCE A. IVERSON, | * |
| Defendant | * |

# CERTIFICATE OF SERVICE

This is to certify that I have this day delivered by email in accordance with the directives from the Court Notice of Electronic Filing the **Motion to Continue Sentencing** in the above-captioned case to:

>Greg Gilluly, Jr.
>Assistant United States Attorney
>United States District Court
>P.O. Box 8970
>Savannah, GA  31412

This 27th day of September, 2018.

Respectfully Submitted,

/s Ronald E. Harrison II
Ronald E. Harrison II
Georgia Bar No. 333270
Attorney for Defendant

The Harrison Firm
1621 Reynolds Street
Brunswick, Georgia 31520
(912) 264-3035

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | *  CASE NO.: CR 218-4 |
| v. | * |
| | * |
| JOYCE A. IVERSON, | * |
| Defendant | * |

# **ORDER**

The defendant's Motion to Continue having been read and considered;

IT IS HEREBY ORDERED that the sentencing be continued until further order of this Court.

SO ORDERED this ___ day of _____, 2018.

_____
Judge, United States District Court
Southern District of Georgia
Brunswick Division